UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SIERRA CLUB, et al. | ) | |
| | ) | Civ. S-12-0974 JAM DAD |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | <u>MINUTE ORDER</u> |
| | ) | |
| UNITED STATES BUREAU OF LAND MANAGEMENT, et. al | ) ) ) | |
| Defendants. | ) | |

**YOU ARE HEREBY NOTIFIED** that Judge Mendez ordered the following with respect to the above-entitled action:

On July 16, 2012 the Court issued a minute order (Docket # 47) requesting briefing on the propriety of filing this lawsuit in the Sacramento Division of the Eastern District as opposed to the Fresno District.  Eastern District of California Local Rule 120(d) requires that civil actions "arising in . . . Kern [County] . . . shall be commenced in the United States District Court sitting in Fresno . . . " In this case, Plaintiffs challenge an administrative decision issued by the BLM defendants in Kern County which affects land in Kern County, so the Court finds that the action arises in Kern County. The parties' reliance on letters between BLM Sacramento and the Fish and Wildlife Service is misplaced because those letters concern several projects being considered by BLM at that time, and it appears that the letters issued from Sacramento for administrative convenience.  Additionally, it is undisputed that BLM's decision and associated reports issued from the BLM's Ridgecrest field office in Kern County.  The general venue statutes cited by the parties do not control this issue.  Local Rule 120(d) is an internal administrative rule adopted by the Eastern District and it is not necessarily parallel to general venue statutes.  For these reasons, this action is hereby transferred to the Fresno Division of the Eastern District of California.  All dates for matters presently pending in Sacramento are vacated.

**IT IS SO ORDERED.**

Dated:   July 20, 2012

                                                  Victoria C. Minor,  Clerk
                                                  By:
                                                  ____/s/_____
                                                  M. Krueger
                                                  Courtroom Clerk