IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, CENTER FOR BIOLOGICAL DIVERSITY, and DEFENDERS OF WILDLIFE, <br><br> Plaintiffs <br> v. <br><br> UNITED STATES BUREAU OF LAND MANAGEMENT, ET AL., <br><br> Defendants, <br><br> NORTH SKY RIVER ENERGY, LLC, <br><br> Intervenor-Defendant. | No. 1:12-cv-01193-AWI-JLT <br><br> [~~PROPOSED~~] ORDER <br><br> Judge Anthony W. Ishii <br><br> Hearing Date: November 19, 2012 <br> Time: 1:30 p.m. <br> Courtroom: 2 |

FILED
OCT 1 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Upon consideration of the Parties' Joint Stipulation and for good cause shown,

1. The December 20, 2012, Mandatory Scheduling Conference is VACATED.

2. The Order for a Joint Scheduling Report is VACATED.

3. The Parties shall use the following schedule:

    A. <u>October 2, 2012</u>: By this date, the BLM will submit any amended administrative record in response to its informal discussions with the Sierra Club.

    B. <u>October 12, 2012</u>: By this date,

        a. The BLM shall file its cross-motion for summary judgment and response to the Sierra Club's motion. Its combined brief in support of its cross-motion and response to the Sierra Club's motion shall not exceed 27 pages (excluding the caption, tables, and signature blocks),

        b. North Sky shall file its cross-motion for summary judgment and response to the Sierra Club's motion. Its combined brief in support of its cross-motion and response to the Sierra Club's motion shall not exceed 27 pages (excluding the caption, tables, and signature blocks), and

        c. The Sierra Club must file any and all motions relating to the

- 1 -

1  sufficiency of the administrative record.  The Sierra Club may file any such motion only based
2  on issues that it raised informally with the BLM on or before October 9, 2012.  Any brief in
3  support of any motion that the Sierra Club may file shall not exceed 20 pages (excluding the
4  caption, tables, and signature blocks).

       C.    <u>October 26, 2012</u>:  By this date,

           a.    The Sierra Club shall file a single brief that will combine its response to the BLM's cross-motion for summary judgment, North Sky's cross-motion for summary judgment, and the Sierra Club's reply to its motion for summary judgment.  That response shall not exceed 20 pages (excluding the caption, tables, and signature blocks), and

           b.    If the Sierra Club filed a motion under Paragraph 3.B.c, North Sky and the BLM must file any responses to that motion.  Any response brief may not exceed 20 pages (excluding the caption, tables, and signature blocks).

       D.    <u>November 9, 2012</u>:  By this date,

           a.    Federal Defendants and North Sky shall each file replies to their respective cross-motions for summary judgment, and each reply brief shall not exceed 15 pages (excluding the caption, tables, and signature blocks), and

           b.    If the Sierra Club filed a brief under Paragraph 3.B.c, it must file any reply brief in support of that motion.  Any reply brief may not exceed 10 pages (excluding the caption, tables, and signature blocks).

       E.    <u>November 19, 2012, at 1:30 p.m.</u>:  On this date, the Court shall hear all motions and cross-motions for summary judgment and any motion related to the administrative record.

IT IS SO ORDERED.

DATED this ___1st___ day of ___Oct___, 2012.

                                          ANTHONY W. ISHII
                                          UNITED STATES DISTRICT JUDGE