# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, CENTER FOR BIOLOGICAL DIVERSITY, and DEFENDERS OF WILDLIFE,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES KENNA, in his official capacity as California State Director, Bureau of Land Management, UNITED STATES BUREAU OF LAND MANAGEMENT, and KEN L. SALAZAR, in his official capacity as Secretary, United States Department of the Interior,<br><br>Federal Defendants,<br><br>NORTH SKY RIVER ENERGY, LLC,<br><br>Intervenor-Defendant. | 1:12-cv-1193 AWI JLT<br><br>ORDER VACATING HEARING DATE OF NOVEMBER 19, 2012, AND TAKING MATTERS UNDER SUBMISSION PENDING FURTHER NOTICE OF HEARING |

In this action for injunctive relief by plaintiffs Sierra Club, Center for Biological Diversity, and Defenders of Wildlife ("Plaintiffs") against defendants James Kenna, United States Bureau of Land Management and Ken L. Salazar ("Federal Defendants") and Intervenor-Defendant North Sky River Energy, LLC ("North Sky") (collectively, "Defendants") Plaintiffs, Federal Defendants and North Sky have each noticed motions and cross-motions for summary judgment.  Oral argument on the motions and cross-motions for summary judgment was scheduled to be held November 19, 2012, at 1:30 p.m.  Due to the considerable volume of

material submitted by the parties and due to the press of other matters currently before the court, the court finds it will need additional time to adequately consider whether oral argument is necessary and, if so, what topics may require particular attention. For this reason the court will vacate the hearing date of November 19, 2012, and will take the matter under submission as of that date. Should the court thereafter determine that oral argument will be helpful to the court's decision the parties will be notified and a hearing date will be determined.

THEREFORE, it is hereby ORDERED that the hearing date of November 19, 2012, is VACATED and no party shall appear at that time. As of November 19, 2012, the court will take the matter under submission and will thereafter render an opinion. Should the court determine that oral argument on the motions now before the court is appropriate, the parties will be so notified and a hearing date will be scheduled.

IT IS SO ORDERED.

Dated:   November 14, 2012

UNITED STATES DISTRICT JUDGE